In the Matter of the Application of the Town of Kirkwood, Broome County, New York, by Its Town Board, and of Edwin Smith and Others, as Assessors of Said Town of Kirkwood, Respondents, to Procure the Substitution as Attorneys of Hinman, Howard & Kattell of Binghamton, New York, in the Place and Stead of A. D. Wales and Wales & Riley, Attorneys for Said Assessors Heretofore, Appellants.— Order settled.

The People of the State of New York, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. (No. 1.) — Interlocutory judgment unanimously affirmed, with costs, with usual leave to plaintiff to amend complaint upon payment of costs of demurrer and of this appeal.

The People of the State of New York ex rel. The Southern Boulevard Railroad Company, Appellant, v. The State Board of Tax Commissioners, Respondent.— Motion denied.

Starr M. Stanton, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred. Kellogg, J., not sitting.

Henry M. Swan, Respondent, v. Mary Hayes, as Administratrix, etc., of John D. Hayes, Deceased, and Mary Hayes, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Richard Turnbull, as Overseer of the Poor of the Town of New Lisbon, New York, Respondent, v. G. Arthur Gardner, Appellant.— Motion granted unless the appellant within twenty days files and serves printed case upon the respondent and pays the twenty dollars costs fixed by the previous order, in which case motion denied, without costs.

Orrin Vorce, Appellant, v. Eleanor D. Murray, Respondent.— Motion denied.

---

## FOURTH DEPARTMENT, MAY, 1911.

S. Jeanie Davis, Appellant, v. Albert W. Tremain, as Executor and Trustee under the Last Will and Testament of Eleanor H. Higgins, Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concurred.

John L. Kelley, Respondent, v. New York State Railways, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the defendant was not shown guilty of actionable negligence and that the plaintiff was guilty of contributory negligence as matter of law.

Cora J. McMillan, as Administratrix, etc., of Thomas J. McMillan, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Thomas J. Hooks, Respondent, v. The City of Utica, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the evidence does not establish that plaintiff's fall occurred because of any defect in or defective condition of defendant's sidewalk, and that the verdict is excessive in that plaintiff's disturbed mental